**Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a foreign insurance company,<br><br>        Plaintiff,<br><br>   vs.<br><br>GOODWILL OF THE OLYMPICS and RAINIER REGION, a nonprofit public benefit corporation; ENRIQUE HERNANDEZ FRANCO and JANE DOE HERNANDEZ FRANCO, individually and the marital community composed thereof; NON PROFIT INSURANCE PROGRAM, a Washington State nonprofit corporation, and SUN THERESA CHOE, an individual,<br><br>        Defendants. | No. 3:17-cv-05978-BHS<br><br>**NOTICE OF SETTLEMENT**<br><br>*(CLERK'S ACTION REQUIRED)* |

The parties have agreed to settle all claims in this matter in principle. Any deadlines, trials or hearings may be stricken from the Court calendar. A Stipulated Order of Dismissal will be entered within the next sixty (60) days. To the extent additional time is needed, the parties will promptly notify the Court.

Stipulated Notice of Settlement – 1
Cause No. 3:17-cv-05978-BHS

2857763 / 1818.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1  DATED this 25th day of February, 2021.

2  FORSBERG & UMLAUF, P.S.

3

   *s/Ryan J. Hesselgesser*
4  Ryan J. Hesselgesser, WSBA No. 40720

5  *Attorneys for Plaintiffs*

Stipulated Notice of Settlement – 2
Cause No. 3:17-cv-05978-BHS

2857763 / 1818.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX